Sciarrino v Sciarrino

2026 NY Slip Op 02560

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

BARBARA SCIARRINO, PLAINTIFF-APPELLANT-RESPONDENT,

v

RAYMOND P. SCIARRINO, DEFENDANT-RESPONDENT-APPELLANT. (APPEAL NO. 1.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

249 CA 24-02023

Present: Whalen, P.J., Bannister, Smith, Nowak, And Delconte, JJ.

JUST CAUSE, ROCHESTER (HENRY W. JONES, IV, OF COUNSEL), FOR PLAINTIFF-APPELLANT-RESPONDENT.

KAMAN BERLOVE LLP, ROCHESTER (BRYANNE L. JONES OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT.

Appeal and cross-appeal from an order of the Supreme Court, Livingston County (John B. Gallagher, Jr., J.), entered September 19, 2024, in a divorce action. The order, inter alia, equitably distributed the marital property of the parties.

[*1]

It is hereby ORDERED that said appeal and cross-appeal are unanimously dismissed without costs.

Same memorandum as in Sciarrino v Sciarrino ([appeal No. 2] — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court